# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

In re: Network Product Leasing, Inc. § Case No. 13-51318
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOHN W. LUSTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $403.19       Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $770,885.00      Claims Discharged Without Payment: N/A

Total Expenses of Administration: $45,310.02

---

    3) Total gross receipts of $ 816,195.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $816,195.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,007,183.86 | $766,195.02 | $766,195.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,310.02 | 45,310.02 | 45,310.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 19,952.48 | 9,134.06 | 4,689.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,838,524.77 | 1,739,814.65 | 1,204,265.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,838,524.77 | $3,812,261.01 | $2,024,904.37 | $816,195.02 |

4) This case was originally filed under Chapter 7 on November 04, 2013. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2017          By: /s/JOHN W. LUSTER
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds deposited into the Registry of the | 1129-000 | 816,195.02 |
| **TOTAL GROSS RECEIPTS** | | **$816,195.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | First Guaranty Bank | 4210-000 | N/A | 2,007,183.86 | 766,195.02 | 766,195.02 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,007,183.86** | **$766,195.02** | **$766,195.02** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN W. LUSTER | 2100-000 | N/A | 44,059.75 | 44,059.75 | 44,059.75 |
| Trustee Expenses - JOHN W. LUSTER | 2200-000 | N/A | 36.96 | 36.96 | 36.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 326.66 | 326.66 | 326.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.62 | 78.62 | 78.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.77 | 68.77 | 68.77 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | | 68.67 | 68.67 | 68.67 |
| Other - Louisiana Department of Revenue | 2820-000 | N/A | | 75.00 | 75.00 | 75.00 |
| Other - Thomas P. Youngblood | 3410-000 | N/A | | 450.00 | 450.00 | 450.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 77.85 | 77.85 | 77.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 67.74 | 67.74 | 67.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $45,310.02 | $45,310.02 | $45,310.02 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | N/A | 4,243.88 | 0.00 | 0.00 |
| 2P | Louisiana Department of Revenue | 5800-000 | N/A | 9,134.06 | 9,134.06 | 4,689.98 |
| 8 | Louisiana Department of Revenue | 5800-000 | N/A | 6,574.54 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $19,952.48 | $9,134.06 | $4,689.98 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Louisiana Department of Revenue | 7300-000 | N/A | 1,805.41 | 1,805.41 | 0.00 |
| 3 | TW Telecom, Inc. | 7100-000 | N/A | 175,549.38 | 0.00 | 0.00 |
| 4 | First Guaranty Bank | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -2 | First Guaranty Bank | 7100-000 | 2,222,667.78 | 1,066,559.86 | 1,066,559.86 | 0.00 |
| 6 | Echostar Sattelite Services, LLC | 7100-000 | 116,400.00 | 135,900.00 | 135,900.00 | 0.00 |
| 7 -2 | X-Analog Communications, Inc. | 7100-000 | 0.00 | 360,000.00 | 0.00 | 0.00 |
| NOTFILED | Phonoscope Services, Inc. | 7100-000 | 29,877.99 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Zodiac Aerospace | 7100-000 | 20,279.00 | N/A | N/A | 0.00 |
| NOTFILED | TeleSky Salellite Network, Inc. | 7100-000 | 449,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Gabe A. Duhon | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,838,524.77** | **$1,739,814.65** | **$1,204,265.27** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-51318  
**Case Name:** Network Product Leasing, Inc.

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 03/31/15 (c)  
**§341(a) Meeting Date:** 05/21/15  

**Period Ending:** 06/21/17  
**Claims Bar Date:** 03/10/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Checking - Gulf Coast Bank #55033067 | 403.19 | 0.00 | | 0.00 | FA |
| 2   BP Claim (See Footnote) | Unknown | 0.00 | | 0.00 | 0.00 |
| 3   Funds deposited into the Registry of the District Court (See Footnote) | 815,936.70 | 0.00 | | 816,195.02 | FA |
| 4   EQ_Serial EQ_Unit EQ_Desc | 0.00 | 0.00 | | 0.00 | FA |
| 5   Equipment NPL Rayne Shop | 0.00 | 0.00 | | 0.00 | FA |
| **5   Assets   Totals** (Excluding unknown values) | **$816,339.89** | **$0.00** | | **$816,195.02** | **$0.00** |

RE PROP# 2   Mt to Close Case Without Abandoning Asset - Order Doc #116  
RE PROP# 3   Compromised per c/o #29 in 14AP-5010

**Major Activities Affecting Case Closing:**

    5/12/16 TFR sent to UST for review  
    5/26/16 Amended TFR sent to UST for review  
    1/9/17 Supplemental TFR sent to UST for review

    1/7/16 filed Ex Parte Application to Employ Accountant  
    1/18/16 Reviewed file, claims bar date is March 10, 2016 - will review claims at that time  
    3/9/16 filed Ex Parte Application to Pay Accountant and Ex Parte Application to Pay Taxes  
    4/21/16 Reviewed file, reviewed claims, ready to close

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    May 20, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-51318  
**Case Name:** Network Product Leasing, Inc.  

**Taxpayer ID #:** **-***9378  
**Period Ending:** 06/21/17  

**Trustee:** JOHN W. LUSTER (380320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $31,981,268.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/29/15 | {3} | United States Treasury | Disbursement of funds (Doc #29 in 14AP-5010) held in Registry of the District Court per Order (Doc #20) in 6:13-cv-00803 | 1129-000 | 816,195.02 | | 816,195.02 |
| 11/02/15 | 101 | First Guaranty Bank | Payment per c/o #29 in 14AP-5010 - Claim # 9378 | 4210-000 | | 766,195.02 | 50,000.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 326.66 | 49,673.34 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.62 | 49,594.72 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.77 | 49,525.95 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.67 | 49,457.28 |
| 03/17/16 | 102 | Louisiana Department of Revenue | 72-1509378 Form CIFT-620 - Payment of estate taxes per c/o #105 | 2820-000 | | 75.00 | 49,382.28 |
| 03/17/16 | 103 | Thomas P. Youngblood | Payment of accountant's fee per c/o #106 | 3410-000 | | 450.00 | 48,932.28 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.85 | 48,854.43 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.74 | 48,786.69 |
| 08/17/16 | 104 | JOHN W. LUSTER | Dividend paid 100.00% on $44,059.75, Trustee Compensation; Reference: | 2100-000 | | 44,059.75 | 4,726.94 |
| 08/17/16 | 105 | JOHN W. LUSTER | Dividend paid 100.00% on $36.96, Trustee Expenses; Reference: | 2200-000 | | 36.96 | 4,689.98 |
| 08/17/16 | 106 | IRS | Dividend paid 35.05% on $4,243.88; Claim# 1; Filed: $4,243.88; Reference: XX-XXX9378 Stopped on 09/09/16 | 5800-000 | | 1,487.80 | 3,202.18 |
| 08/17/16 | 107 | Louisiana Department of Revenue | Dividend paid 35.05% on $9,134.06; Claim# 2P; Filed: $9,134.06; Reference: 4558342 | 5800-000 | | 3,202.18 | 0.00 |
| 09/09/16 | 106 | IRS | Dividend paid 35.05% on $4,243.88; Claim# 1; Filed: $4,243.88; Reference: XX-XXX9378 Stopped: check issued on 08/17/16 | 5800-000 | | -1,487.80 | 1,487.80 |
| 04/05/17 | 108 | Louisiana Department of Revenue | Dividend paid 51.34% on $9,134.06; Claim# 2P; Filed: $9,134.06; Reference: 4558342 | 5800-000 | | 1,487.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 816,195.02 | 816,195.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 816,195.02 | 816,195.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$816,195.02** | **$816,195.02** | |

{} Asset reference(s)

13-51318 - #132  File 06/28/17  Enter 06/28/17 13:52:22  Pg 7 of 8

Printed: 06/21/2017 03:41 PM  V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-51318 | | Trustee: | JOHN W. LUSTER (380320) |
|---|---|---|---|---|
| Case Name: | Network Product Leasing, Inc. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***9378 | | Blanket Bond: | $31,981,268.00 (per case limit) |
| Period Ending: | 06/21/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| **Checking # ******1566** | **816,195.02** | **816,195.02** | **0.00** |
| | **$816,195.02** | **$816,195.02** | **$0.00** |